## CONWELL'S LESSEE v. CONWELL.

Supreme Court.  Sussex.  October, 1795.

*Bayard's Notebook, 112.**

PER CURIAM.  The affidavit is not evidence.  It is *ex parte* and that objection is unanswerable.  It being recorded adds nothing to its validity as a matter of evidence.

Affidavit rejected.

*Peery* and *Miller* for plaintiff.  *Ridgely* and *Bayard* for defendant.